IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CHICKIE'S & PETE'S | : | Civil Action |
| WAGE AND HOUR LITIGATION | : | No. 12-6820 |

### O R D E R

**AND NOW**, this  4th  day of  June , 2013, it is **ORDERED** that upon consideration of Defendants Packer Café, Inc., CPC Bucks County, LLC, CPC International, LLC, Warrington CPC, LLC, 4010, Inc., Chickie's and Pete's Inc., Peter Ciarrocchi, Jr., and Wright Food Services, LLC's Motion to Stay Proceedings Pending Conclusion of the Department of Labor's Wage and Hour Audit (ECF No. 79) and Plaintiffs' Response thereto (ECF No. 86), the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**