IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CHICKIE'S & PETE'S | : | Civil Action |
| WAGE AND HOUR LITIGATION | : | No. 12-6820 |

### O R D E R

**AND NOW**, this   7th   day of   March   , 2014, upon consideration of the Defendants' Settlement Agreement and Release of Claims (ECF No. 115), and all documents submitted in support thereof, it is **ORDERED** that the request to approve the Proposed Agreement is **GRANTED** and the Settlement Agreement and Release of Claims is **APPROVED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**