IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CHICKIE'S & PETE'S | : | Civil Action |
| WAGE AND HOUR LITIGATION | : | No. 12-6820 |

### O R D E R

**AND NOW**, this   9th   day of   April  , 2014, upon consideration of the Defendants' Settlement Agreement and Release of Claims (ECF No. 115), and the Memorandum and Order of the Court approving the Settlement Agreement and the Release of Claims (ECF Nos. 116 & 117), it is **ORDERED** that the Clerk of the Court mark the following consolidated member cases closed:

1. Civil Action No. 12-7008, Tygh, et al v. Packer Café, Inc., et al.

2. Civil Action No. 13-0277, Burke, et al. v. Chickie's and Pete's Inc., et al.

3. Civil Action No. 13-1037, Overline v. Chickie's and Pete's Inc., et al.

**IT IS SO ORDERED**.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.