In the United States
Eastern District of Pennsylvania

In Re: Chickie's & Pete's Wage and Hour Litigation

Case No: 12-6820

Brian Donnelly, Intervenor
David Rothrock, Intervenor
Douglas Chancey, Intervenor
Charles Manson, Intervenor
Ramzi Yusef, Intervenor
Terry Nichols, Intervenor

RECEIVED JUN 0 5 2014

FILED JUN -5 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Motion to Intervene as Plaintiff's with Newly discovered evidence under rule 24(A) & 24(B)

The intervenors were former employees of Chickie's & Pete's. David Rothrock was sodomized with inexplicit objects and Chicke & Pete's hire rapists & terrorists. Chicke & Pete's is a Base/training camp and Fatwa's are issued with covert camoflauge using the business operations as the ultimate cover. They sell chicken wings all the while with a smile and issue jihadist fatwa's. Jihad Jane was a waitress there operating under the covert all-American girl. David Rothrock was framed for a rape allegation because he is an American Patriot. These monsters are in our midst operating as All-American laughing at U.S. intelligence agencies.

Ramzi Yusef had a beer at Chickie & Pete's before he blew up the World Trade Center. Mr. Yusef was tired of being sinister & covert. Mr. Rothrock, Brian Donnelly & Douglas Chancey are innocents who denounced these evil monsters. Mr. Rothrock was framed & sodomized & Mr. Donnelly & Mr. Chancey were forced to perform oral sex on a transvestite midget while wearing Bandana's with the U.S. flag shoved up their anal areas. Intervenors pray for sincere relief.

_[signature]_ Rothrock
K47256
301 Institution Dr.
Bellefonte, PA 16823

_[signature]_ Larson
1st Main St.
San Quentin, CA 94964

_[signature]_ Rudolph
P.O. Box 8500
Florence, CO 81226

_[signature]_ Donnelly
7600 E. Roosevelt Blvd.
Unit #703
Philadelphia, PA 19152

_[signature]_ Chancey
3104 Byberry Rd.
Phila., PA 19154

_[signature]_ Nichols
P.O. Box 8500